


Terrance J. Shaw
1516 Rambler Court
Onalaska, WI 54650

February 23, 2022

United States District Court Clerk
Eastern District of Wisconsin
362 U. S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Dear Clerk of Court:

I was a WDOC inmate pro-se litigant, having several 42 U.S.C §1983 cases filed, screened and assigned case numbers to each case in your court. Then I was released from the WDOC on September 7, 2021 and now live at my above home address. I don't know how to use a computer because I am 73 years old and the VA has upgraded my <u>Mild</u> Cognitive Impairment to <u>Moderate</u> Cognitive Impairment. Because of my ignorance on how to properly use a computer I am unable to locate the *status* of my pending civil rights cases with a computer. Below I have written eight (8) of my case numbers that I'd like to find out their *status* today.

2020-cv-716-JPS        2021-cv-323-JPS
2020-cv-1609-JPS       2021-cv-335-JPS
2021-cv-163-JPS        2021-cv-622-JPS
2021-cv-303-JPS        2021-cv-636-JPS

Will you please write me back and let me know the *status* of my above numbered civil rights cases? Thank you.

Kind Regards,

*Terrance J. Shaw*
Terrance    J.    Shaw

Cc: file

Terrance J. Shaw
1516 Rambler Court
Onalaska, WI 54650-2080

United States District Court Clerk
Eastern District of Wisconsin
362 U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

SAINT PAUL MN 550
22 FEB 2022 PM 1 L

53202-450099