# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

TERRANCE J. SHAW,

        **Plaintiff,**

    **v.**                              **Case No. 21-CV-323**

PAUL MAYS,

        **Defendant.**

---

TERRANCE J. SHAW,

        **Plaintiff,**

    **v.**                              **Case No. 21-CV-335**

LAURA FRAZIER,

        **Defendant.**

---

## SETTLEMENT CONFERENCE MINUTES

---

Settlement conference held on March 15, 2023, before Magistrate Judge William E. Duffin. The parties agreed to resolve the actions. Parties expect to file stipulations of dismissal within 30 days. This settlement does not affect any of the plaintiff's other pending cases.