# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TERRANCE J. SHAW,<br><br>                Plaintiff,<br><br>v.<br><br>PAUL MAYS,<br><br>                Defendant. | Case No. 21-CV-323-JPS<br><br>**ORDER** |

On March 12, 2021, Plaintiff filed a complaint under 42 U.S.C. § 1983 alleging that Defendant violated his constitutional rights. ECF No. 1. On April 10, 2023, Defendant filed a signed stipulation of dismissal of Plaintiff's claims with prejudice and without costs. ECF No. 42. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 42, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 11th day of April, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge